**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ABOU SOW** | **CASE NO. 1:26-CV-03043 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **BRIAN ACUNA ET AL** | **MAG. JUDGE MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Abou Sow's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 23rd day of November, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE